IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE D. ROBINSON,

      Petitioner,               No. CIV S-10-1391 JAM KJM P

    vs.

R. LOPEZ,

      Respondent.         <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus under 28 U.S.C. § 2254.  He seeks an extension of time in which to file a traverse.  Good cause appearing, the request will be granted.

        IT IS THEREFORE ORDERED that the motion for an extension of time (Docket No. 23) is granted.  Plaintiff has an additional thirty days from the entry of this order in which to file a traverse.

DATED: December 17, 2010.

                                            U.S. MAGISTRATE JUDGE

4
robi1391.eot

1